

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| Rush Truck Centers of Texas, L.P. d/b/a Rush Enterprises Inc. a/k/a Rush Truck Center- El Paso, | § | No. 08-22-00226-CV |
|  | § | Appeal from the |
| Appellant, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| Rosario Y. Mendoza, Individually and on behalf of the Estate of Marco A. Hoyos Martinez, | § | (TC# 2022DCV0350) |
|  | § |  |
| Appellees. | § |  |
|  | § |  |

### O R D E R

The Court GRANTS the Appellee's second motion for extension of time within which to file the brief until **January 28, 2023**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James F. Scherr, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 28, 2023.

IT IS SO ORDERED this 10th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.